UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Case No. 1:09-mc-68-PB

<u>Alan Colby, in his capacity as
Treasurer of Senter Brothers, Inc.</u>

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge James R. Muirhead dated February 22, 2010, no objection having been filed.

It is ordered that the respondent, Alan Colby, in his capacity as Treasurer of Senter Brothers, Inc., obey the summons and appear on April 16, 2010 at 9:00 a.m. at 80 Daniels Street, Portsmouth, New Hampshire, before Steven Jerome, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of August 4, 2009.

It is further ordered that the government be awarded its costs.

SO ORDERED.

March 15, 2010                          /s/ Paul J. Barbadoro
                                            Paul J. Barbadoro
                                            United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Alan Colby, Treasurer, Senter Brothers, Inc.